**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARSHALL SPIEGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2009-cv-7163 |
| | ) | |
| JUDICIAL ATTORNEY SERVICES, INC. and | ) | |
| RYAN FLASKA, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

NOTICE:    Scahill & Borkan

    I, Mark Lavery, counsel for Plaintiff, filed this Rule 12(f) Motion, and will present this motion on 10/14/2010 at 9:30 a.m. before Judge Bucklo in Room 1441 at 219 S. Dearborn, Chicago, IL.


\_\_/s/\_Mark\_Lavery_____
Mark Lavery

**CERTIFICATE OF SERVICE**

    I, Mark T. Lavery, attorney, under penalties of perjury, certify that I caused this motion to be served electronically on October 12, 2010.



\_\_\_/s/\_Mark\_Lavery_____
Mark T. Lavery