**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Marshall Spiegel

                                Plaintiff,

v.                                                              Case No.: 1:09–cv–07163
                                                                  Honorable Elaine E. Bucklo

Judicial Attorney Services, Inc., et al.

                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, November 24, 2010:

      MINUTE entry before Honorable Elaine E. Bucklo:On court's own motion, Status hearing set for 11/29/10 is reset for 12/6/2010 at 09:30 AM.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.