IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL SPIEGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2009-cv-7163 |
| ) | |
| JUDICIAL ATTORNEY SERVICES, INC. and ) | |
| RYAN FLASKA, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO QUASH SUBPOENA**

Plaintiff, by his attorney, Mark T. Lavery, moves to quash subpoena to AT&T and states in support as follows;

Plaintiff's counsel revevied actual notice of a subpeona for AT&T phone records of Plaintiff in December 2008. This subpoena should be quashed as overbroad, phone records related to the entire month of December 2008 are not relevant to this case. This subpoena is a form of harassment and invasion of privacy against Plaintiff. Plaintiff's Counsel called Tim Scahill on 5/17/2011 but was unable to reach him to discuss an accord.

WHEREFORE, Plaintiff requests that the Court quash the subpeona to AT&T.

Respectfully Submitted,
Plaintiff Marshall Spiegel

_/s/_Mark T. Lavery_____
By His Attorney

Mark T. Lavery
733 Lee, Suite 150
Des Plaines, IL 60016
847-813-7771